**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

**CASE NO. 23-cv-23727-ALTMAN/Reid**

**ARANTZA CASTRO**,

 *Plaintiff*,

*v.*

**ALDI (FLORIDA) L.L.C.** *d/b/a*
**ALDI**,

 *Defendant.*

_____/

**<u>ORDER FOLLOWING STATUS CONFERENCE</u>**

 For the reasons stated on the record at the hearing on December 12, 2023, we hereby **ORDER and ADJUDGE** that this case is **STAYED** and administratively **CLOSED** without prejudice to the parties to file a Notice of Settlement by **January 15, 2024**. If the parties fail to reach a settlement by that day, any party may ask the Court to reopen the case. All pending deadlines and hearings are **TERMINATED**, and any pending motions are **DENIED AS MOOT**.

 **DONE AND ORDERED** in the Southern District of Florida on December 12, 2023.

_____
**ROY K. ALTMAN**
**UNITED STATES DISTRICT JUDGE**

cc: counsel of record